

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00811-CV

**IN RE PATRIOT WELL SOLUTIONS LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  February 1, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED

On December 16, 2016, Relator filed a petition for writ of mandamus complaining of an order signed by the trial court on December 7, 2016, denying Relator's motion to stay litigation. This court abated the proceeding pursuant to the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

On January 12, 2017, the trial court signed an order setting aside the order complained of in Relator's petition and granting the relief sought by Relator.  On January 18, 2017, Relator filed an unopposed motion to dismiss this proceeding.  We order the abatement lifted and grant the unopposed motion to dismiss.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-CI-15492, styled *KLX Energy Services, Inc. v. Patriot Well Solutions, LLC, Dragan Cicvaric, William Reed, Danny Stunkard, Brian Terry, and Paul Hulin*, pending in the 407th Judicial District Court, Bexar County, Texas.